FILED
MAR 25 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANGELA COOK, on behalf of her minor
daughter, A.C.,
      Plaintiff,

v.                                                    Civil No. 2:11cv362

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,
      Defendant.

## FINAL ORDER

Plaintiff Angela Cook brought this action seeking judicial review a challenge to the final decision of the Defendant, the Commissioner of the Social Security Administration (Commissioner), who denied the Plaintiff's January 8, 2008, application for supplemental security income (SSI) that was filed on behalf of her minor daughter, A.C., pursuant to Title XVI of the Social Security Act (Act). Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated January 5, 2012, this matter was referred to a United States Magistrate Judge for a Report and Recommendation. ECF No. 8.

In a Report and Recommendation (R&R) filed March 1, 2013, Magistrate Judge Leonard found that the Administrative Law Judge's decision to deny the claim presented was supported by substantial evidence. R&R 8-10, March 1, 2013, ECF No. 18. Accordingly, Judge Leonard recommended denying Ms. Cook's Motion for Summary Judgment, granting the Commissioner's Motion for Summary Judgment, affirming the decision of the Commissioner, and entering judgment in favor of the Commissioner. *Id.* at 10.

1

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by Judge Leonard within fourteen days from the date the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely objections to the findings and recommendations set forth [in the R&R] will result in waiver of right to appeal from a judgment of this court based on such findings and recommendations." *Id.* at 10-11.

This Court has fully reviewed the R&R (ECF 18) of Judge Leonard and hereby **ADOPTS** and **APPROVES** in the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that Ms. Cook's Motion for Summary Judgment (ECF Nos. 10 and 20) are **DENIED**, the Commissioner's Motion for Summary Judgment (ECF No. 12) is **GRANTED**, the decision of the Commissioner is **AFFIRMED**, and judgment shall be entered in favor of the Commissioner.

**IT IS SO ORDERED.**

/s/ Arenda L. Wright Allen
United States District Judge
Arenda L. Wright Allen
United States District Judge

March 22nd, 2013
Norfolk, Virginia